Judge Theresa L. Fricke

FILED ____ LODGED
____ RECEIVED

SEP 25 2019

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. MJ19-5184 |
|---|---|
| Plaintiff, | |
| v. | MOTION FOR DETENTION ORDER |
| DONALD LEE SCHNACKER, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

__X__ Crime of violence (18 U.S.C. § 3156)

____ Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

____ Crime with a maximum sentence of life imprisonment or death

____ Drug offense with a maximum sentence of ten years or more

____ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed

___ Felony offense involving a minor victim other than a crime of violence

___ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

___ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

___ Serious risk the defendant will flee

___ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2.  <u>Reason for Detention</u>.  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_ Defendant's appearance as required

_X_ Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___ Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release

___ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

___ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

_X_ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

4. <u>Time for Detention Hearing</u>. The United States requests the Court conduct the detention hearing:

  __X__   At the initial appearance

  ____   After continuance of 3 days

5. <u>Other matters</u>.

DATED this 25th day of September, 2019.

                                              Respectfully submitted,

                                              BRIAN T. MORAN
                                              United States Attorney

                                              */s/ Angelica Williams*
                                              ANGELICA WILLIAMS
                                              Assistant United States Attorney
                                              1201 Pacific Avenue, Suite 700
                                              Tacoma, Washington 98402
                                              Phone: (253) 428-3800
                                              Fax: (253) 428-3826
                                              E-mail: Angelica.Williams@usdoj.gov